Joseph R. Burke and Alice Burke, Plaintiffs-Appellees,
v. Kenneth L. Kaschke, Defendant-Appellant.

Gen. No. 66–53M.

Third District.

March 7, 1967.

Hupp & Irion, of Ottawa, for appellant; Berry & O'Conor, and Wolslegel & Armstrong, of Ottawa, for appellees. Opinion by JUSTICE CORYN. Not to be published in full.